UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>FORTINO ZAMORANO-HUITRON (3),<br><br>Defendant. | Case No. 91CR992GPC<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AS TO THE DEFENDANT 3 AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to defendant Fortino Zamorano-Huitron and to recall bench warrant.

IT IS SO ORDERED.

Dated: January 17, 2020

Hon. Gonzalo P. Curiel
United States District Judge